IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| BONNIE LUCAS and RICHARD LUCAS, Individually and as Wife and Husband, | ) ) ) ) |
| Plaintiffs, | ) CIVIL ACTION FILE ) |
| vs. | ) CASE NO.: ) |
| USAA CASUALTY INSURANCE COMPANY, an Insurance Company authorized to do Business in Florida, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S, USAA CASUALTY INSURANCE COMPANY,
NOTICE OF REMOVAL; AND NOTICE OF RELATED/RE-FILED CASE**

Defendant, USAA CASUALTY INSURANCE COMPANY (USAA CIC), pursuant to 28 U.S.C. §§ 1446, files a Notice of Removal to this Court of the above-captioned matter from the Eleventh Judicial Circuit, Miami-Dade County, Florida, and Notice of Related/Re-Filed Case, and states as follows:

1. Plaintiffs, BONNIE LUCAS and RICHARD LUCAS, filed a civil action in the Circuit Court for Miami-Dade County, Florida, Case No.: 2016-017389-CA-01, Judge Gordo, on August 5, 2016. In their Complaint, Plaintiffs alleged: a claim for damages under the uninsured motorist (UM) provision of her policy with USAA CIC for injuries

arising out of a motor vehicle accident that occurred in Miami-Dade County, Florida on November 9, 2014, and a claim for bad faith pursuant to section Fla. Stat. § 624.155.

2. Defendant removed that action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332.

3. That action was assigned to the Honorable Judge Robert N. Scola, Jr., and assigned Civil Action Case No. 16-23946-Civ-Scola in the United States District Court for the Southern District of Florida.

4. On February 13, 2017, Judge Scola entered an Order striking the Plaintiffs' "unauthorized and improperly filed Fourth Amended Complaint." (Order, ECF No. 28, in Case No. 16-23946-Civ-Scola).

5. On February 27, 2017, eleven (11) days later, Plaintiffs attempted to circumvent this Court's Order by improperly filing a new Complaint in the "County Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida," Case No.: 2017-004213 CA-01.

6. In all respects, the Plaintiffs, the Defendant, the accident at issue and the Cause of Action previously filed, are one and the same with the newly filed improper state court Complaint in Miami-Dade County, Case No.: 2017-004213 CA-01.

7. Defendant seeks removal of this action on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332. This is a civil action between citizens

of different states, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

8. Plaintiff and Defendant are diverse in citizenship.

9. Plaintiffs reside in and are citizens of Miami, Miami-Dade County, Florida.

10. Defendant USAA CIC, is a foreign corporation, incorporated under the laws of Texas with its principal place of business in San Antonio, Texas.

11. Accordingly, for the purpose of determining whether diversity jurisdiction exists, Defendant is a citizen of Texas. See 28 U.S.C. § 1332(c) (a corporation is a citizen of any state in which it is incorporated and of the state where its principal place of business is located).

12. Based upon the allegations in Plaintiff's Complaint, the amount in controversy exceeds $75,000, exclusive of costs and interests. Specifically, Plaintiff alleges she suffered bodily injury, pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of surgical care and treatment, lost wages, and loss of ability to earn money. (Compl. ¶13.)

13. Plaintiffs issued a demand letter to Defendant on June 21, 2016, in which they demanded payment of $400,000 in stacked UM benefits within two weeks. In their demand letter, Plaintiffs specifically alleged Bonnie had already incurred $28,966.68 in medical expenses. Further, Plaintiffs alleged Bonnie sustained a back injury assessed as a 12-15% impairment and will incur future medical costs for chiropractic care exceeding

$200,000. Plaintiffs also alleged Bonnie will incur future costs for knee surgery exceeding $20,000 and dental care exceeding $15,000. (See Exhibit B to Defendant's Notice of Removal in Case No. 16-23946-Civ-Scola.)

14. Accordingly, the amount in controversy exceeds $75,000.00; as such the Court has jurisdiction under 28 U.S.C. § 1332(a).

15. The United States District Court for the Southern District of Florida, Miami Division, encompasses the location of the State Court action. Thus, Defendant may properly remove the State Court action to this Court pursuant to 28 U.S.C § 1441(a).

16. Copies of all process, pleadings, and Orders served upon Defendant are being filed concurrently with this Notice of Removal as required by 28 U.S.C. § 1446(a). See Composite Exhibit "A."

17. Pursuant to 28 U.S.C. § 1446(b), the Defendant served written notice on the Plaintiff of this Notice of Removal. The Defendant filed and served a true and correct copy of this Notice of Removal with the State Court as required by 28 U.S.C. § 1446(d), See Exhibit "B."

18. Defendant has submitted herewith a filing fee of $400.00.

19. This action should be assigned to the Honorable Robert N. Scola, Jr., who presided over the previously filed identical action in Case No. 16-23946-Civ-Scola. A copy of the Order Dismissing Complaint (ECF No. 28), Order Denying Motion for Relief

from Judgment (ECF No. 35), and Judgment for Defendant (ECF No. 37), in the previously filed identical action are attached hereto as Composite Exhibit "C."

WHEREFORE, Defendant, USAA Casualty Insurance Company requests that the Court accept removal of this action from State Court, and further requests that this action be assigned to the Honorable Robert N. Scola, Jr., who presided over the previously filed identical action in Case No. 16-23946-Civ-Scola.

Respectfully Submitted,

                                         WADSWORTH LAW, LLLP

By:    */s/ Jamie Clark Dixon*
        Jamie Clark Dixon
        Florida Bar No. 756881
        E-Mail: jcd@wadsworth-law.com
        Christopher W. Wadsworth
        Florida Bar No. 78026
        E-Mail: cw@wadsworth-law.com
        14 N.E. 1st Avenue, 10th Floor
        Miami, FL  33132
        (305) 777-1000 Telephone
        (305) 777-1001 Facsimile
        Attorneys for Defendant